IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Aerospace Holdings, Inc., *et al.*,[1] | Case No. 17-10635 (KG) |
| Debtors. | (Joint Administration Requested) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS
SCHEDULED FOR MARCH 29, 2017 AT 12:30 P.M.**[2]
Location: Before the Honorable Kevin Gross, 6th Floor, Courtroom No. 3

**CHAPTER 11 PETITIONS:**

1.      Voluntary Petitions

    a. Aerospace Holdings, Inc.; Case No. 17-10635
    b. Valley Tool & Manufacturing, Inc.; Case No. 17-10636
    c. NC Dynamics Incorporated; Case No. 17-10637
    d. NCDI Mexico, Inc.; Case No. 17-10638
    e. GroupAero Seattle, Inc.; Case No, 17-10639

**FIRST DAY DECLARATION**

2.      Declaration of Matthew D. Sedigh in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief [Docket No. 13, Filed March 28, 2017]

**FIRST DAY MOTIONS**

3.      Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases Pursuant to Fed. R. Bankr. P. 1015(b) [Docket No. 3, Filed March 28, 2017]

    Status:    This matter will be going forward.

4.      Motion of Debtors for Entry of an Order Authorizing the Debtors to File (I) A Consolidated Master List of Creditors and (II) A Consolidated List of the Debtors'

---

[1] The Debtors in these Chapter 11 Cases, along with the business addresses and the last four (4) digits of each Debtor's federal tax identification number are:  Aerospace Holdings, Inc., 366 Madison Avenue, 9th Floor, New York, NY 10017 (4318); Valley Tool & Manufacturing, Inc., 22 Prindle Hill Rd., P.O. Box 564, Orange, CT 06477 (8614); NC Dynamics Incorporated, 6925 Downey Avenue, Long Beach, CA 90805 (3219); NCDI Mexico, Inc., 2771 Centerville Road, Suite 400, Wilmington, DE 19808 (5905); and GroupAero Seattle, Inc., 7020 S. 238th Street, Kent, WA 98032 (7033).

[2] Parties who are unable to attend the hearing in person may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

       Twenty Largest General Unsecured Creditors [Docket No. 4, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

5. Motion of Debtors for Entry of Interim and Final Orders (A) Authorizing the Debtors to Pay (I) All Prepetition Employee Obligations and (II) Prepetition Withholding Obligations, and (B) Directing Banks to Honor Related Transfers [Docket No. 5, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

6. Motion of Debtors for Entry of an Order (I) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms and Checks, (II) Authorizing the Continued Used of Existing Cash Management System, (III) Waiving Certain Investment and Deposit Guidelines, (IV) Granting Administrative Expense Status to Postpetition Intercompany Claims, and (V) Granting Related Relief [Docket No. 6, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

7. Motion of the Debtors for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming Utility Providers Adequately Assured of Future Performance and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 7, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

8. Motion of the Debtors for Entry of an Order Authorizing (I) the Debtors to Pay Prepetition Property Taxes and Regulatory Fees in the Ordinary Course of Business and (II) Banks and Financial Institutions to Honor and Process Checks and Transfers Related Thereto [Docket No. 8, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

9. Motion of Debtors for Entry of an Order Authorizing the Debtors to (A) Maintain Existing Insurance Policies, Pay All Policy Premiums and Broker Fees Arising Thereunder and Renew or Enter into New Policies, and (B) Continue Insurance Premium Financing Programs, Pay Insurance Premium Financing Obligations Arising in Connection Therewith and Renew or Enter Into New Premium Financing Arrangements [Docket No. 9, Filed March 28, 2017]

       <u>Status</u>:    This matter will be going forward.

10. Motion of the Debtors for Entry of an Order Authorizing the Debtors to Pay Certain Prepetition Claims of Materialmen in the Ordinary Course of Business [Docket No.

10, Filed March 28, 2017]

    Status:    This matter will be going forward.

11. Application of the Debtors for Entry of an Order Pursuant to 28 U.S.C. § 156(c) Authorizing the Employment and Retention of BMC Group, Inc., as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 11, Filed March 28, 2017]

    Status:    This matter will be going forward.

12. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 507 and 522 (I) Authorizing the Debtors to Obtain Secured Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying the Automatic Stay, (VI) Scheduling a Final Hearing, and (VII) Granted Related Relief [Docket No. 12, Filed March 28, 2017]

    Status:    This matter will be going forward.

Dated: March 28, 2017

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: melorod@gtlaw.com

-and-

Nancy A. Mitchell (*pro hac vice* pending)
Matthew L. Hinker (DE Bar No. 5348)
Sara A. Hoffman (*pro hac vice* pending)
Greenberg Traurig, LLP
The MetLife Building
200 Park Avenue
New York, NY 10166
Telephone: (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
hinkerm@gtlaw.com
hoffmans@gtlaw.com

*Proposed Counsel for the Debtors
and Debtors-in-Possession*

cc: via Email, Facsimile, or Overnight Mail:
Office of the U.S. Trustee
Proposed Counsel to the Committee
Interested Parties