**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Aerospace Holdings, Inc., et al. | : | Case No. 17-10635 (KG) |
| | : | |
| | : | Jointly Administered |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor(s). | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **Thyssenkrupp Materials**, Attn: Amber Dennis, 13338 Orden Dr., Santa Fe Springs, CA 90670, Phone: 562-215-4326; Fax: 562-229-1599

2. **Brookside Mezzanine Fund II, L.P.**, Attn: Corey Sclar, 201 Tresser Blvd, Suite 330, Stamford, CT 06901-3435, Phone: 203-595-4532, Fax: 203-595-4220

3. **Catalus Capital Management,** Attn: Saif Qazi, 45 East Putnam Avenue, Suite 129, Greenwich, CT 06830, Phone: 203-816-0762

4. **The Boeing Company,** Attn: Charles Adams, P.O. Box 3707 MC 09-49, Seattle, WA 98124-2207, Phone: 425-266-4178, Fax: 206-766-5576

5. **Cygnus, Inc.,** Attn: Jack Ambrosiani, P.O. Box 466: 122 Emerald Industrial Park Dr., Ponderay, ID 83852, Phone: 208-263-4761, Fax: 208-263-9217

                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3

                                            */s/ Benjamin Hackman* for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: April 7, 2017

Attorney assigned to this Case: Benjamin Hackman, Esq., Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' Proposed Counsel: Dennis Meloro, Esq., Phone: (302) 661-7000, Fax: (302) 661-7360